UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 12-1187 (SH) | Date | November 5, 2012 |
|---|---|---|---|
| Title | Derwin Lee Butler v. M.D. McDonald, Warden | | |

| Present: The Honorable | Stephen J. Hillman | | |
|---|---|---|---|
| Sandra Butler | | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| N/A | | N/A | |

**Proceedings:**     (IN CHAMBERS)

The Court is in receipt of petitioner's Request for a Stay and Abeyance, filed on November 2, 2012.

Within ten (10) days of the date of this Minute Order, respondent is ORDERED to file a Response to petitioner's Request.

Within seven (7) days of the date of this Minute Order, petitioner may file a Reply to respondent's Response.

**cc:**   **Counsel of Record\***
         **\*the term "counsel" as used herein also includes any pro se party.**
         **See Local Rule 2.9.3.**

                                                                                  _____ : _____
                                                                                  Initials of Preparer