UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| DERWIN LEE BUTLER, | ) ED CV 12-1187-SH |
| | ) |
| | ) JUDGMENT |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| M.D. McDONALD, Warden, | ) |
| | ) |
| Respondent. | ) |
| | ) |

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied, and the action is dismissed with prejudice.

DATED: January 10, 2013

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE